# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLISON STRAKER, | |
| Plaintiff, | CIVIL ACTION NO. 3:09-CV-338 |
| v. | (JUDGE CAPUTO) |
| DEUTSCHE BANK NATIONAL TRUST, as Trustee, *et al.*, | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW** this 23rd day of April, 2013, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 99) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 99) is **ADOPTED.**

(2) Plaintiff Allison Straker's Amended Complaint (Doc. 27) is **DISMISSED WITH PREJUDICE** with respect to Defendants Penn American Mortgage and Fidelity Home Abstract for failure to make timely service pursuant to Fed. R. Civ. P. 4 and failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge